UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21549-CIV-WILLIAMS

GEICO GENERAL INS. CO.,

    Plaintiff,

vs.

EILEEN GONZALEZ, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court upon Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 29) on Plaintiff's Motion for Default Judgment against Defendants Monika Caridad Acuna and Jesse Acuna (DE 21). None of the Parties filed objections to the Report.

Upon and independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the conclusions in the Report (DE 29) are **AFFIRMED AND ADOPTED**. Plaintiff's Motion for Default Judgment is **DENIED** without prejudice pending final disposition of the claims presented against the remaining Defendants.

**DONE AND ORDERED** in chambers in Miami, Florida, this <u>1st</u> day of September, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE