UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21549-CIV-WILLIAMS

GEICO GENERAL INSURANCE COMPANY,

    Plaintiff,

v.

EILEEN GONZALEZ, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 76) on the cross motions for summary judgment (DE 52; DE 53). In the Report, Magistrate Judge Torres recommended that Plaintiff's Motion for Summary Judgment be GRANTED and that Defendants' Motion for Summary Judgment be DENIED. Defendants filed objections to the Report (DE 81).

Having carefully reviewed the Report, the objections, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 76) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Summary Judgment (DE 52) is **GRANTED**.

3. Defendants' Motion for Summary Judgment (DE 53) is **DENIED**.

4. All other pending motions are **DENIED AS MOOT**.

5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 27th day of August, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE